UNITED STATES of AMERICA
U.S. DISTRICT COURT -- EASTERN DISTRICT OF MICHIGAN

KAREN GREENWALD ,

    Plaintiff,                                             DEMAND FOR JURY TRIAL

 -vs-                                                   Case No. 16-11466
                                                        Hon. Avern Cohn

KINGS MILL COOPERATIVE,

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE

The Plaintiff dismisses all claims with prejudice and without costs or attorneys fees.

                                                Respectfully Submitted,

                                                ADAM G. TAUB & ASSOCIATES
                                                CONSUMER LAW GROUP, PLC

                  By:     s/ Adam G. Taub_____
                               Adam G. Taub (P48703)
                               Attorney for Karen Greenwald
                               17200 West 10 Mile Rd, Ste 200
                               Southfield, MI 48075
                               (248) 746-3790
                               adamgtaub@clgplc.net

Dated: August 26, 2016